**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6434**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

THOMAS B. FOSTER,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:96-cr-00005-GCM-DCK)

Submitted:  July 30, 2009            Decided:  August 5, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas B. Foster, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas B. Foster appeals the district court's order denying his § 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Therefore we affirm for the reasons stated by the district court. United States v. Foster, No. 3:96-cr-00005-GCM-DCK (W.D.N.C. Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED